1 | GUILLERMO MARRERO (Bar No. 099056)
gmarrero@ipglaw.com
2 | SAMANTHA LOPEZ(Bar No. 236934 )
slopez@ipglaw.com
3 | **INTERNATIONAL PRACTICE GROUP**
A Professional Corporation
4 | 1350 Columbia Street, Suite 500
San Diego, California  92101
5 | Tel (619) 515-1480
Fax (619) 515-1481
6 |
7 | Attorneys for Defendant
SEA WORLD, INC.

FILED

08 MAR -4 AM 9: 38

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO RAFAEL RAYOAN, a minor, by and through CONNIE RAYOAN, his guardian ad litem; and CONNIE RAYOAN, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> SEA WORLD, INC., a corporation, doing business as SEA WORLD OF SAN DIEGO; SEA WORLD OF SAN DIEGO and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. **'08 CV 403    J   CAB** <br><br> **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Defendant Sea World, Inc. ("Sea World"), hereby removes to this Court the state court action described below pursuant to 28 U.S.C. §§1441, 1446 and Federal Rules of Civil Procedure, rule 81(c).

1.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by Sea World pursuant to 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

2.      On July 2, 2007, an action was commenced by Plaintiffs Angelo Rafael Rayon and Connie Rayoan (collectively "Plaintiffs") by filing a complaint in the Superior Court of the State

-1-

1  of California, County of San Diego, entitled *Rayoan, et al. v. Sea World, Inc. et al.* (Case No. 37-

2  2007-00069455-CU-PO-CTL) (the "Complaint").

3      3.    On or about January 15, 2008, counsel for Sea World was served (via mail) with a

4  Notice of Acknowledgment and Receipt along with a copy of Plaintiffs' summons (the

5  "Summons") and Complaint. (Declaration of Samantha Lopez ("Lopez Decl.") ¶ 2, 5; Exhibit A

6  and B).

7      4.    On January 29, 2008, Counsel for Sea World signed the Notice of

8  Acknowledgment and Receipt. (Lopez Decl. ¶ 3, 6; Exhibit B.)

9      5.    On February 20, 2008, Sea World filed an Answer in San Diego Superior Court.

10  (Lopez Decl. ¶ 7; Exhibit C.)

11      6.    Sea World is informed and believes that Plaintiffs were at all times relevant to the

12  Complaint, and still are, citizens of the State of California. Sea World was at all times relevant to

13  the Complaint, and still is, a corporation incorporated under the laws of the State of Delaware.

14  Sea World's principal place of business is in the State of Florida.  (Lopez Decl. ¶ 4.) Sea World is

15  therefore not a citizen of the State of California.

16      7.    On February 4, 2008, Plaintiffs provided Sea World with a Statement of Damages,

17  indicating general and special damages in excess of $75,000. (Lopez Decl. ¶ 8; Exhibit D.)

18      8.    Removal is timely under 28 U.S.C. §1446(b) because Sea World first ascertained

19  that this case was removable on February 4, 2008.

20      9.    Removal is proper under 28 U.S.C. §1446(b) because "Sea World of San Diego" is

21  not a legal business entity and thus cannot join with Sea World in this Notice of Removal.

22      10.    Copies of all process, pleadings and orders served on Sea World are appended to

23  this Notice of Removal as required by 28 U.S.C. §1446(a).

24  / / / /

25  / / / /

26  / / / /

27  / / / /

28  / / / /

-2-

Dated:  February 26, 2008

INTERNATIONAL PRACTICE GROUP,
A PROFESSIONAL CORPORATION

By _____
GUILLERMO MARRERO
SAMANTHA LOPEZ
*Attorneys for Defendant*
SEA WORLD, INC.

-3-

1 │ GUILLERMO MARRERO (Bar No. 099056)
  │ gmarrero@ipglaw.com
2 │ SAMANTHA LOPEZ(Bar No. 236934 )
  │ slopez@ipglaw.com
3 │ **INTERNATIONAL PRACTICE GROUP**
  │ A Professional Corporation
4 │ 1350 Columbia Street, Suite 500
  │ San Diego, California  92101
5 │ Tel (619) 515-1480
  │ Fax (619) 515-1481
6 │
  │ Attorneys for Defendant
7 │ SEA WORLD, INC.

8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| ANGELO RAFAEL RAYOAN, a minor, by and through CONNIE RAYOAN, his guardian ad litem; and CONNIE RAYOAN, individually,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>SEA WORLD, INC., a corporation, doing business as SEA WORLD OF SAN DIEGO;<br>SEA WORLD OF SAN DIEGO and DOES 1 through 100, inclusive,<br><br>Defendants.. | CASE NO.<br><br>**DECLARATION OF SAMANTHA LOPEZ IN SUPPORT OF THE NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) (DIVERSITY)** |

19   I, SAMANTHA LOPEZ, declare:

20   1.   I am an attorney licensed to practice law before all courts in the State of California

21 and I am associated with the law firm of International Practice Group, P.C., which is counsel for

22 Defendant SEA WORLD, INC. ("Sea World") in this lawsuit.

23   2.   On or about January 15, 2008, our office was served, via mail, Plaintiffs' summons

24 and complaint in this action along with a Notice of Acknowledgment and Receipt for these

25 documents.

26   3.   On January 29, 2008, I signed the Notice of Acknowledgment and Receipt with

27 respect to Plaintiffs' summons and complaint.

28   4.   Sea World is incorporated in the State of Delaware.  Sea World's principal place

-1-

1 │ of business is in the State of Florida.

2 │      5.     Exhibit A is a true and correct copy of Plaintiffs' Summons and Complaint.

3 │      6.     Exhibit B is a true and correct copy of the Notice of Acknowledgment and Receipt

4 │ signed by representatives of both parties.

5 │      7.     Exhibit C is a true and correct copy of Sea World's Answer to Plaintiffs'

6 │ complaint, filed in San Diego Superior Court.

7 │      8.     Exhibit D is a true and correct copy of Plaintiffs' Statement of Damages.

8 │      I declare under penalty of perjury under the laws of the State of California that the

9 │ foregoing is true and correct and that this Declaration was executed on February 26, 2008.

10

11 │ SAMANTHA LOPEZ

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

DECLARATION OF SAMANTHA LOPEZ IN SUPPORT OF NOTICE OF REMOVAL OF ACTION

**EXHIBIT A**

REC 0 - 11/3/07
10:20 a.m.    **SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

SAN DIEGO COUNTY, CA

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
SEA WORLD, INC., a corporation, doing business as SEA
WORLD OF SAN DIEGO;
SEA WORLD OF SAN DIEGO, a corporation; and
DOES 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ANGELO RAFAEL RAYOAN, a minor,
by and through CONNIE RAYOAN,
his guardian ad litem; and
CONNIE RAYOAN, individually

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form.  If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
   Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA<br>330 W. Broadway<br><br>San Diego, CA  92101<br>Central Division | CASE NUMBER:<br>*(Número del Caso:)* CU-PO-CTL<br>37-2007-00069455-<br>(Unlimited Civil) |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

| | (619) 692-3000 | (619) 692-4061 |
|---|---|---|
| DALE A. HILMEN, ESQ.   State Bar No. 42618<br>1761 Hotel Circle South<br>San Diego, CA  92108 | Telephone | Facsimile |

DATE:
*(Fecha)* DEC 1 8 2007      Clerk, by   **K Brown**      , Deputy
     *(Secretario)*      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED: You are served**

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☑ on behalf of (specify): Sea World of San Diego, a corporation

   under: ☑ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
        ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
        ☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)
        ☐ other (specify):
4. ☑ by personal delivery on (date):

Page 1 of 1

| | |
|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004] | **SUMMONS** |

Legal
Solutions
Plus

Code of Civil Procedure §§ 412.20, 465

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

STREET ADDRESS:        330 West Broadway
MAILING ADDRESS:       330 West Broadway
CITY AND ZIP CODE:     San Diego, CA 92101
BRANCH NAME:           Central
TELEPHONE NUMBER:      (619) 685-6168

PLAINTIFF(S) / PETITIONER(S):    Angelo Rafael Rayoan

DEFENDANT(S) / RESPONDENT(S):    Sea World Inc

RAYOAN VS. SEA WORLD INC

| NOTICE OF CASE ASSIGNMENT | CASE NUMBER: 37-2007-00069455-CU-PO-CTL |
|---|---|

Judge: Richard E. L. Strauss                    Department: C-75

**COMPLAINT/PETITION FILED:** 07/02/2007

## CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CASE NUMBER: 37-2007-00069455-CU-PO-CTL     CASE TITLE: Rayoan vs. Sea World Inc

## NOTICE TO LITIGANTS/ADR INFORMATION PACKAGE

You are required to serve a copy of this Notice to Litigants/ADR Information Package and a copy of the blank Stipulation to Alternative Dispute Resolution Process (received from the Civil Business Office at the time of filing) with a copy of the Summons and Complaint on all defendants in accordance with San Diego Superior Court Rule 2.1.5, Division II and CRC Rule 201.9

### ADR POLICY

It is the policy of the San Diego Superior Court to strongly support the use of Alternative Dispute Resolution ("ADR") in all general civil cases. The court has long recognized the value of early case management intervention and the use of alternative dispute resolution options for amenable and eligible cases. The use of ADR will be discussed at all Case Management Conferences. It is the court's expectation that litigants will utilize some form of ADR – i.e. the court's mediation or arbitration programs or other available private ADR options as a mechanism for case settlement before trial.

### ADR OPTIONS

1) CIVIL MEDIATION PROGRAM: The San Diego Superior Court Civil Mediation Program is designed to assist parties with the early resolution of their dispute. All general civil independent calendar cases, including construction defect, complex and eminent domain cases are eligible to participant in the program. Limited civil collection cases are not eligible at this time. San Diego Superior Court Local Rule 2.31, Division II addresses this program specifically. Mediation is a non-binding process in which a trained mediator 1) facilitates communication between disputants; and 2) assists parties in reaching a mutually acceptable resolution of all or part of their dispute. In this process, the mediator carefully explores not only the relevant evidence and law, but also the parties' underlying interests, needs and priorities. The mediator is not the decision-maker and will not resolve the dispute – the parties do. Mediation is a flexible, informal and confidential process that is less stressful than a formalized trial. It can also save time and money, allow for greater client participation and allow for more flexibility in creating a resolution.

Assignment to Mediation, Cost and Timelines: Parties may stipulate to mediation at any time up to the CMC or may stipulate to mediation at the CMC. Mediator fees and expenses are split equally by the parties, unless otherwise agreed. Mediators on the court's approved panel have agreed to the court's payment schedule for county-referred mediation: $150.00 per hour for each of the first two hours and their individual rate per hour thereafter. Parties may select any mediator, however, the court maintains a panel of court-approved mediators who have satisfied panel requirements and who must adhere to ethical standards. All court-approved mediator fees and other policies are listed in the Mediator Directory at each court location to assist parties with selection. Discovery: Parties do not need to conduct full discovery in the case before mediation is considered, utilized or referred. Attendance at Mediation: Trial counsel, parties and all persons with full authority to settle the case must personally attend the mediation, unless excused by the court for good cause.

2) JUDICIAL ARBITRATION: Judicial Arbitration is a binding or non-binding process where an arbitrator applies the law to the facts of the case and issues an award. The goal of judicial arbitration is to provide parties with an adjudication that is earlier, faster, less formal and less expensive than trial. The arbitrator's award may either become the judgment in the case if all parties accept or if no trial de novo is requested within the required time. Either party may reject the award and request a trial de novo before the assigned judge if the arbitration was non-binding. If a trial de novo is requested, the trial will usually be scheduled within a year of the filing date.

Assignment to Arbitration, Cost and Timelines: Parties may stipulate to binding or non-binding judicial arbitration or the judge may order the matter to arbitration at the case management conference, held approximately 150 days after filing, if a case is valued at under $50,000 and is "at issue". The court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. In addition, if parties select an arbitrator from the court's panel, the court will pay the arbitrator's fees. Superior Court

**3) SETTLEMENT CONFERENCES:** The goal of a settlement conference is to assist the parties in their efforts to negotiate a settlement of all or part of the dispute. Parties may, at any time, request a settlement conference before the judge assigned to their case; request another assigned judge or a pro tem to act as settlement officer; or may privately utilize the services of a retired judge. The court may also order a case to a mandatory settlement conference prior to trial before the court's assigned Settlement Conference judge.

**4) OTHER VOLUNTARY ADR:** Parties may voluntarily stipulate to private ADR options outside the court system including private binding arbitration, private early neutral evaluation or private judging at any time by completing the "Stipulation to Alternative Dispute Resolution Process" which is included in this ADR package. Parties may also utilize mediation services offered by programs that are partially funded by the county's Dispute Resolution Programs Act. These services are available at no cost or on a sliding scale based on need. For a list of approved DRPA providers, please contact the County's DRPA program office at (619) 238-2400.

**ADDITIONAL ADR INFORMATION:** For more information about the Civil Mediation Program, please contact the Civil Mediation Department at (619) 515-8908. For more information about the Judicial Arbitration Program, please contact the Arbitration Office at (619) 531-3818. For more information about Settlement Conferences, please contact the Independent Calendar department to which your case is assigned. Please note that staff can only discuss ADR options and cannot give legal advice.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

| | | FOR COURT USE ONLY |
|---|---|---|
| STREET ADDRESS: | 330 West Broadway | |
| MAILING ADDRESS: | 330 West Broadway | |
| CITY, STATE & ZIP CODE: | San Diego, CA 92101-3827 | |
| BRANCH NAME: | Central | |

| | |
|---|---|
| PLAINTIFF(S): Angelo Rafael Rayoan | |
| DEFENDANT(S): Sea World Inc | |
| SHORT TITLE: RAYOAN VS. SEA WORLD INC | |

| STIPULATION TO ALTERNATIVE DISPUTE RESOLUTION PROCESS (CRC 3.221) | CASE NUMBER: 37-2007-00069455-CU-PO-CTL |
|---|---|

Judge: Richard E. L. Strauss                                        Department: C-75

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution process. Selection of any of these options will not delay any case management time-lines.

☐ Court-Referred Mediation Program                ☐ Court-Ordered Nonbinding Arbitration

☐ Private Neutral Evaluation                       ☐ Court-Ordered Binding Arbitration (Stipulated)

☐ Private Mini-Trial                               ☐ Private Reference to General Referee

☐ Private Summary Jury Trial                       ☐ Private Reference to Judge

☐ Private Settlement Conference with Private Neutral  ☐ Private Binding Arbitration

☐ Other (specify): _____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

_____

_____

Alternate: (mediation & arbitration only) _____

Date: _____          Date: _____

_____          _____
Name of Plaintiff                          Name of Defendant

_____          _____
Signature                                  Signature

_____          _____
Name of Plaintiff's Attorney               Name of Defendant's Attorney

_____          _____
Signature                                  Signature

(Attach another sheet if additional names are necessary). It is the duty of the parties to notify the court of any settlement pursuant to California Rules of Court, 3 1385. Upon notification of the settlement the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court and all un-served, non-appearing or actions by names parties are dismissed.

**IT IS SO ORDERED.**

Dated: 07/02/2007                          _____
                                            JUDGE OF THE SUPERIOR COURT

SDSC CIV-359 (Rev 01-07)          **STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION**          Page 1

3

CM-010

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br><br>Dale A. Hilmen, Esq.  State Bar No. 42618<br>1761 Hotel Circle South<br>Suite 300<br>San Diego, CA  92108<br>TELEPHONE NO.: (619) 692-3000    FAX NO.:<br>ATTORNEY FOR (Name): Plaintiffs | FOR COURT USE ONLY<br><br>FILED<br>CIVIL BUSINESS OFFICE 5<br>CEN<br><br>2007 JUL -2 P 1:30<br><br>CLERK SUPERIOR COURT<br>SAN |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA  92101
BRANCH NAME: Central Division

CASE NAME: ANGELO RAFAEL RAYOAN, a minor, et al. v.
SEA WORLD, INC., et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER:<br>37-2007-00069455-CU-PO-CTL |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter  [ ] Joinder<br><br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br><br>DEPT: |

*Items 1-5 below must be completed (see instructions on page 2).*

**1. Check one box below for the case type that best describes this case:**

| Auto Tort | Contract | Provisionally Complex Civil Litigation |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | (Cal. Rules of Court, rules 3.400-3.403) |
| [ ] Uninsured motorist (46) | [ ] Collections (09) | [ ] Antitrust/Trade regulation (03) |
| Other PI/PD/WD (Personal Injury/Property | [ ] Insurance coverage (18) | [ ] Construction defect (10) |
| Damage/Wrongful Death) Tort | [ ] Other contract (37) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | Real Property | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Eminent domain/Inverse | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | condemnation (14) | [ ] Insurance coverage claims arising from the |
| [X] Other PI/PD/WD (23) | [ ] Wrongful eviction (33) | above listed provisionally complex case |
| Non-PI/PD/WD (Other) Tort | [ ] Other real property (26) | types (41) |
| [ ] Business tort/unfair business practice (07) | Unlawful Detainer | Enforcement of Judgment |
| [ ] Civil rights (08) | [ ] Commercial (31) | [ ] Enforcement of judgment (20) |
| [ ] Defamation (13) | [ ] Residential (32) | Miscellaneous Civil Complaint |
| [ ] Fraud (16) | [ ] Drugs (38) | [ ] RICO (27) |
| [ ] Intellectual property (19) | Judicial Review | [ ] Other complaint (not specified above) (42) |
| [ ] Professional negligence (25) | [ ] Asset forfeiture (05) | Miscellaneous Civil Petition |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Petition re: arbitration award (11) | [ ] Partnership and corporate governance (21) |
| Employment | [ ] Writ of mandate (02) | [ ] Other petition (not specified above) (43) |
| [ ] Wrongful termination (36) | [ ] Other judicial review (39) | |
| [ ] Other employment (15) | | |

2. This case [ ] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
  a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
  b. [ ] Extensive motion practice raising difficult or novel   e. [ ] Coordination with related actions pending in one or more courts
     issues that will be time-consuming to resolve        in other counties, states, or countries, or in a federal court
  c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision
3. Type of remedies sought (check all that apply):
  a. [X] monetary  b. [ ] nonmonetary; declaratory or injunctive relief  c. [X] punitive
4. Number of causes of action (specify): Two (2)
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)
Date: July 2, 2007
Dale A. Hilmen
    (TYPE OR PRINT NAME)         ▶              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1 2007]

**CIVIL CASE COVER SHEET**

Legal
Solutions
Plus

Cal. Rules of Court, rules 3.220, 3.400-3.403
Standards of Judicial Administration, § 19

CM-010

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers**
If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 5 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. You do not need to submit a cover sheet with amended papers. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Complex Cases**
In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice— Physicians & Surgeons
    Other Professional Health Care Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip and fall)
    Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
    Intentional Infliction of Emotional Distress
    Negligent Infliction of Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
    Contract/Warranty Breach—Seller Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/ Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
    Collection Case—Seller Plaintiff
    Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court Case Matter
    Writ–Other Limited Court Case Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of County)
    Confession of Judgment *(non-domestic relations)*
    Sister State Judgment
    Administrative Agency Award *(not unpaid taxes)*
    Petition/Certification of Entry of Judgment on Unpaid Taxes
    Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-harassment)*
    Mechanics Lien
    Other Commercial Complaint Case *(non-tort/non-complex)*
    Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief from Late Claim
    Other Civil Petition

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Dale A. Hilmen, Esq.   State Bar No. 42618<br>1761 Hotel Circle South<br>Suite 300<br>San Diego, CA  92108<br>TELEPHONE NO: (619) 692-3000    FAX NO. *(Optional)*: (619) 692-4061<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiff ANGELO RAFAEL RAYOAN | FILED<br>CIVIL BUSINESS OFFICE 5<br>CENTRAL DIVISION<br><br>2007 JUL -2 P 1:30<br><br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA  92101
BRANCH NAME: Central Division

PLAINTIFF: ANGELO RAFAEL RAYOAN, a minor, by and through CONNIE RAYOAN, his guardian ad litem; and CONNIE RAYOAN, individually

DEFENDANT: SEA WORLD, INC., a corporation, doing business as SEA WORLD OF SAN DIEGO; SEA WORLD OF SAN DIEGO, a corporation; and

[X] DOES 1 TO 100, inclusive

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| [ ] AMENDED *(Number)*:<br>Type *(check all that apply)*:<br>[ ] MOTOR VEHICLE     [X] OTHER *(specify)*: Personal Injury<br>　[ ] Property Damage   [ ] Wrongful Death<br>　[ ] Personal Injury   [ ] Other Damages *(specify)*: | |
| Jurisdiction *(check all that apply)*:<br>[ ] ACTION IS A LIMITED CIVIL CASE<br>　Amount demanded [ ] does not exceed $10,000<br>　[ ] exceeds $10,000, but does not exceed $25,000<br>[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>　[ ] from limited to unlimited<br>　[ ] from unlimited to limited | 37-2007-00069455-CU-PO-CTL |

1. Plaintiff *(name or names)*: ANGELO RAFAEL RAYOAN, a minor, by and through CONNIE RAYOAN, his guardian ad litem; and CONNIE RAYOAN, individually,
   alleges causes of action against defendant *(name or names)*: SEA WORLD, INC., a corporation, doing business as SEA WORLD OF SAN DIEGO; & DOES 1 through 100, incl.

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. [X] except plaintiff *(name)*: ANGELO RAFAEL RAYOAN
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [X] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [X] other *(specify)*: an appointment of a guardian ad litem is being submitted
      (5) [ ] other *(specify)*: separately from the filing of the Complaint.

   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Legal
Solutions®
La Plus

Code of Civil Procedure, § 425.12

PLD-PI-001

| SHORT TITLE: ANGELO RAFAEL RAYOAN, a minor, et al. v. SEA WORLD, INC., et al. | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name)*:

is doing business under the fictitious name *(specify)*:

and has complied with the fictitious business name laws.

5 Each defendant named above is a natural person
   a. ☒ except defendant *(name)*: SEA WORLD, INC., doing business as SEA WORLD OF SAN DIEGO
   (1) ☐ a business organization, form unknown
   (2) ☒ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   b. ☒ except defendant *(name)*: SEA WORLD OF SAN DIEGO

   (1) ☐ a business organization, form unknown
   (2) ☒ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   c. ☐ except defendant *(name)*:

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

   d. ☐ except defendant *(name)*:

   (1) ☐ a business organization, form unknown
   (2) ☐ a corporation
   (3) ☐ an unincorporated entity *(describe)*:

   (4) ☐ a public entity *(describe)*:

   (5) ☐ other *(specify)*:

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☒ Doe defendants *(specify Doe numbers)*: 1 through 100 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☒ Doe defendants *(specify Doe numbers)*: 1 through 100 are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because *(specify)*:

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: ANGELO RAFAEL RAYOAN, a minor, et al. v. SEA WORLD, INC., et al. | CASE NUMBER: |
| --- | --- |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

   a. ☐ Motor Vehicle
   b. ☒ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11 Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☒ hospital and medical expenses
   d. ☒ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☒ other damage *(specify)*: Future medical expenses as to plaintiff ANGELO RAYOAN; and emotional distress as to plaintiff CONNIE RAYOAN

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☒ compensatory damages
      (2) ☐ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check ('1)):
   (1) ☒ according to proof
   (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: July 2, 2007

Dale A. Hilmen
(TYPE OR PRINT NAME)

▶ *(signature)*
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(2)

| SHORT TITLE: ANGELO RAFAEL RAYOAN, a minor, et al. v. SEA WORLD, INC., et al. | CASE NUMBER: |
|---|---|

FIRST _____ CAUSE OF ACTION—General Negligence          Page 4 _____
    (number)

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* ANGELO RAFAEL RAYOAN, a minor, by and through CONNIE RAYOAN, his guardian ad litem

alleges that defendant *(name):* SEA WORLD, INC., individually, and doing business as SEA WORLD OF SAN DIEGO; SEA WORLD OF SAN DIEGO; and

[X] Does 1 _____ to 100, inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* July 1, 2005
at *(place):* SEA WORLD OF SAN DIEGO, located in the City of San Diego, County of San Diego, State of California
*(description of reasons for liability):*

1. On or about the above-mentioned date, defendant SEA WORLD, INC., was the owner, operator, and had control over the amusement park known as SEA WORLD OF SAN DIEGO.

2. On or about July 1, 2005, while visiting the defendant SEA WORLD, INC.'S amusement park, SEA WORLD OF SAN DIEGO, plaintiff ANGELO RAFAEL RAYOAN, was negligently exposed to peanuts. Defendants SEA WORLD, INC.'S, and SEA WORLD OF SAN DIEGO'S employees attempted to serve the plaintiff an ice cream cone, which was covered in peanuts. Plaintiff's mother and guardian ad litem, CONNIE RAYOAN, immediately returned the ice cream cone to the defendants' employees, and informed the employees that the plaintiff was allergic to peanuts and could not be exposed to peanuts and/or peanut biproducts. Whereupon, the defendants' employees negligently served the plaintiff an ice cream cone, which contained peanuts and/or peanut biproducts. Plaintiff ANGELO RAFAEL RAYOAN consumed the ice cream cone and immediately suffered a severe allergic reaction and/or anaphylactic shock.

3. As a proximate result of the negligence of the defendants, and each of them, as aforesaid, the plaintiff suffered personal injuries. Further, as a result of said personal injuries, plaintiff was required to did employ physicians to examine, treat, and care for him, and incurred medical expenses, all in amounts to be revealed upon request, or to be proven at the time of trial.

4. Further, as a proximate result of the negligence of the defendants, and each of them, as aforesaid, the plaintiff will continue to incur medical expenses and other incidental expenses, all in amounts to be revealed upon request, or to be proven at the time of trial.

CIV-010

ATTORNEY (Name, state bar number, and address):

Dale A. Hilmen, Esq.    State Bar No. 42618
1761 Hotel Circle South
Suite 300
San Diego, CA  92108
TELEPHONE NO.: (619)692-3000    FAX NO (Optional): (619) 692-4061
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):  Plaintiffs

FOR COURT USE ONLY

F I L E D
Clerk of the Superior Court

OCT 16 2007

By: J. JOHNSON, Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS:   330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE:  San Diego, CA 92101
BRANCH NAME:  Central Division

PLAINTIFF/PETITIONER: ANGELO RAFAEL RAYOAN, a minor, by and
through CONSUELO ROWAN, his guardian ad litem; et al
DEFENDANT/RESPONDENT: SEA WORLD, INC., et al.

CASE NUMBER:
37-2007-00069455-CU-PO-CTL

APPLICATION AND ORDER FOR APPOINTMENT
OF GUARDIAN AD LITEM-CIVIL
[ X ] EX PARTE

Note: This form is for use in civil proceedings in which a party is a minor, an incapacitated person, or a person for whom a conservator has been appointed. A party who seeks the appointment of a guardian ad litem in a family law or juvenile proceeding should use form FL-200. A party who seeks the appointment of a guardian ad litem in a probate proceeding should use form DE-350, GC-100. An individual cannot act as a guardian ad litem unless he or she is represented by an attorney or is an attorney.

1. Applicant (name): CONNIE RAYOAN ROCKHOLT                    is
   a. [ X ] the parent of (name): ANGELO RAFAEL RAYOAN
   b. [  ] the guardian of (name):
   c. [  ] the conservator of (name):
   d. [  ] a party to the suit.
   e. [  ] the minor to be represented (if the minor is 14 years of age or older).
   f. [  ] another interested person (specify capacity):

2. This application seeks the appointment of the following person as guardian ad litem (state name, address, and telephone number).
   Consuelo Rowan (grandmother of minor)    Telephone: (619) 216-1521
   427 "J" Street
   Chula Vista, CA  91910

3. The guardian ad litem is to represent the interests of the following person (state name, address, and telephone number):
   ANGELO RAFAEL RAYOAN, c/o CONNIE RAYOAN ROCKHOLT    Telephone: (619) 392-1824
   838 Lori Lane
   Chula Vista, CA 91910

4. The person to be represented is:
   a. [ X ] a minor (date of birth): May 14, 2000
   b. [  ] an incompetent person.
   c. [  ] a person for whom a conservator has been appointed.

5. The court should appoint a guardian ad litem because:
   a. [ x ] the person named in item 3 has a cause or causes of action on which suit should be brought (describe):
   Plaintiff suffered personal injuries, medical expenses, and general damages, as
   a direct result of severe allergic reaction to peanuts, which exposure was
   caused by the defendants' negligence after adequate warning by of plaintiff's
   allergy to peanuts and peanut biproducts by his mother.

   [  ] Continued on Attachment 5a.

Page 1 of 2

APPLICATION AND ORDER FOR APPOINTMENT
OF GUARDIAN AD LITEM-CIVIL
Legal
Solutions
& Plus
Code of Civil Procedure,
§ 372, et seq.

CIV-010

| PLAINTIFF/PETITIONER: ANGELO RAFAEL RAYOAN, a minor, by and through CONNIE RAYOAN, et al. DEFENDANT/RESPONDENT: SEA WORLD, INC., et al. | CASE NUMBER: 37-2007-00069455-CU-PO- |

5. b. ☐ more than 10 days have elapsed since the summons in the above-entitled matter was served on the person named in item 3, and no application for the appointment of a guardian ad litem has been made by the person identified in item 3 or any other person.

   c. ☒ the person named in item 3 has no guardian or conservator of his or her estate.

   d. ☒ the appointment of a guardian ad litem is necessary for the following reasons (specify): To allow plaintiff's grandmother, Consuelo Rowan, to represent the interests of her minor grandchild, ANGELO RAFAEL RAYOAN, in an action for personal injuries.

   ☐ Continued on Attachment 5d.

6. The proposed guardian ad litem's relationship to the person he or she will be representing is:
   a. ☒ related (state relationship): grandmother
   b. ☐ not related (specify capacity):

7. The proposed guardian ad litem is fully competent and qualified to understand and protect the rights of the person he or she will represent and has no interests adverse to the interests of that person. (If there are any issues of competency or qualification or any possible adverse interests, describe and explain why the proposed guardian should nevertheless be appointed):

   ☐ Continued on Attachment 7.

Dated: 8-October, 2007

Dale A. Hilmen
(TYPE OR PRINT NAME)                              (SIGNATURE OF ATTORNEY)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 3 OCT, 2007

CONNIE RAYOAN ROCKHOLT
(TYPE OR PRINT NAME)                              (SIGNATURE OF APPLICANT)

## CONSENT TO ACT AS GUARDIAN AD LITEM

I consent to the appointment as guardian ad litem under the above petition

Date: 3 OCT, 2007

CONSUELO ROWAN
(TYPE OR PRINT NAME)                              (SIGNATURE OF PROPOSED GUARDIAN AD LITEM)

### ORDER    ☒ EX PARTE

THE COURT FINDS that it is reasonable and necessary to appoint a guardian ad litem for the person named in item 3 of the application, as requested.

THE COURT ORDERS that (name): CONSUELO ROWAN
is hereby appointed as the guardian ad litem for (name): ANGELO RAFAEL RAYOAN
for the reasons set forth in item 5 of the application

Date: OCT 1 6 2007

**RICHARD E.L. STRAUSS**
JUDICIAL OFFICER

☐ SIGNATURE FOLLOWS LAST ATTACHMENT

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Dale A. Hilmen, Esq.  State Bar No. 42618<br>1761 Hotel Circle South<br>Suite 300<br>San Diego, CA  92108<br>TELEPHONE NO.: (619)692-3000    FAX NO. *(Optional)*    (619) 692-4061<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: Plaintiffs | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA  92101
BRANCH NAME: Central Division

PLAINTIFF/PETITIONER: ANGELO RAFAEL RAYOAN, et al.

DEFENDANT/RESPONDENT: SEA WORLD, INC., a corporation, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>37-2007-000694550-CU-PO-CTL |
|---|---|

TO *(insert name of party being served):* SEA WORLD, INC., individually and dba SEA WORLD OF SAN DIEGO

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: January 15, 2008

Dale A. Hilmen
（TYPE OR PRINT NAME）    ▶    (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [x] A copy of the summons and of the complaint.
2. [x] Other: *(specify):* CIVIL COVER SHEET; NOTICE TO LITIGANTS/ADR INFORMATION PACKAGE with blank STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION PROCESS; NOTICE OF CASE ASSIGNMENT; and APPLICATION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM

*(To be completed by recipient):*
Date this form is signed: 1/29/08
SAMANTHA LOPEZ
ON BEHALF OF SEAWORLD, INC.
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)    ▶    (SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)
SEA WORLD, INC., dba SEA WORLD OF SAN DIEGO

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-015 [Rev. January 1, 2005] | **NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL** | Legal<br>Solutions<br>Plus | Code of Civil Procedure,<br>§§ 415.30, 417.10 |

1 | GUILLERMO MARRERO (Bar No. 099056)
SAMANTHA LOPEZ (Bar. No. 236934)
2 | JOSHUA J. RICHMAN (Bar No. 243147)
**INTERNATIONAL PRACTICE GROUP**
3 | A Professional Corporation
1350 Columbia Street, Suite 500
4 | San Diego, California 92101
Tel (619) 515-1480
5 | Fax (619) 515-1481

6 | Attorneys for Defendant
SEA WORLD, INC.

7

8

9

SUPERIOR COURT OF CALIFORNIA

10

COUNTY OF SAN DIEGO – CENTRAL DIVISION

11

| 12 | ANGELO RAFAEL RAYOAN, a minor, by and through CONNIE RAYOAN, his guardian ad litem and CONNIE RAYOAN, individually, | CASE NO. 37-2007-000694550-CU-PO-CTL |
| 13 | | **PROOF OF SERVICE OF ACKNOWLEDGMENT OF RECIEPT** |
| 14 | | |
| 15 | Plaintiffs, | |
| 16 | v. | |
| 17 | SEA WORLD, INC., a corporation, doing business as SEA WORLD OF SAN DIEGO; SEA WORLD OF SAN DIEGO, a corporation; and DOES 1 through 100, inclusive, | Judge: Richard L. Strauss<br>Dept: C-75<br>Action Filed: July 7, 2007 |
| 18 | | |
| 19 | Defendants. | |
| 20 | | |

21 | I, <u>Kristina De La Rosa</u>, certify and declare as follows:

22 | I am over the age of 18 years and not a party to this action.

23 | My business address is 1350 Columbia Street, Suite 500, San Diego, CA 92101, which is

24 | located in the city, county and state where the mailing described below took place.

25 | **SERVICE BY MAIL:** On <u>January 29, 2008,</u> I served the documents listed below,

26 | attached to this Proof of Service, by enclosing them in an envelope and depositing the sealed

27 | envelope with the United States Postal Service with the postage fully prepaid. The envelope was

28 | addressed and mailed as follows:

-1-

**PROOF OF SERVICE OF ACKNOWLEDGMENT OF RECIEPT**

INTERNATIONAL
PRACTICE GROUP

Dale A. Hilmen
1761 Hotel Circle South
San Diego, CA 92108
T: 619.692.3000
F: 619.692.4061

**SERVICE VIA FAX**: I transmitted by facsimile transmission machine from a facsimile

transmission machine whose telephone number is (619) 515-1481, the below mentioned

documents to Dale A. Hilmen whose facsimile transmission telephone number is indicated above.

The above mentioned transmission was reported as complete without error by a transmission

report issued by the facsimile transmission upon which the said transmission was made

immediately following the transmission.

The documents that were served are as follows:

    1.  Acknowledgment of Receipt

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2008

Kristina De La Rosa

-2-

**PROOF OF SERVICE OF ACKNOWLEDGMENT OF RECIEPT**

INTERNATIONAL
PRACTICE GROUP

**EXHIBIT C**

1  GUILLERMO MARRERO (Bar No. 099056)
   Gmarrero@ipglaw.com
2  SAMANTHA LOPEZ(Bar No. 236934 )
   Slopez@ipglaw.com
3  **INTERNATIONAL PRACTICE GROUP**
   A Professional Corporation
4  1350 Columbia Street, Suite 500
   San Diego, California 92101
5  Tel (619) 515-1480
   Fax (619) 515-1481
6
   Attorneys for Defendant
7  SEA WORLD, INC.

8

9                  **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10                            **COUNTY OF SAN DIEGO**

11

12  | ANGELO RAFAEL RAYOAN, a minor, | Case No.  37-2007-00069455-CU-PO-CTL |

by and through CONNIE RAYOAN, his
guardian ad litem; and
13  CONNIE RAYOAN, individually,          **SEA WORLD, INC.'S ANSWER TO
                                           PLAINTIFFS' COMPLAINT**
14              Plaintiffs,

15      vs.
                                          Judge: Richard E. L. Strauss
16  SEA WORLD, INC., a corporation, doing  Dept: C-75
    business as SEA WORLD OF SAN           Complaint Filed: July 2, 2007
17  DIEGO;
    SEA WORLD OF SAN DIEGO and
18  DOES 1 through 100, inclusive,

19             Defendants.

20

21      Defendant SEA WORLD, INC. (hereinafter "Defendant") answers Plaintiffs' ANGELO

22  RAFAEL RAYOAN and CONNIE RAYOAN'S (collectively "Plaintiffs") unverified Complaint

23  ("Complaint") as follows:

                              **GENERAL DENIAL**

24

25      Under the provisions of Section 431.30 of the Code of Civil Procedure of the State of

26  California, Defendant denies generally, each and every allegation of Plaintiffs' Complaint in its

27  entirety, including liability and every purported cause of action contained in Plaintiffs'

28  Complaint, and denies that Plaintiffs have or will sustain injuries or damages in the sum or sums

-1-

1  alleged, or in any other sum or sums, or at all.

2       Further, Defendant denies that Plaintiffs have sustained or will sustain, any injury,

3  damage, or loss, if any, by reason of any acts, omissions, alleged fault or negligence on the part of

4  Defendant upon which to base any cause of action whatsoever, including all causes of action pled

5  by Plaintiffs in their complaint.

6                          **SEPARATE AFFIRMATIVE DEFENSES**

7       As a further answer to Plaintiffs' complaint, Defendant asserts the following affirmative

8  defenses:

9                                      I.

10                     <u>FAILURE TO STATE CAUSE OF ACTION</u>

11                          (TO ALL CAUSES OF ACTION)

12      The Complaint, with respect to one or more of the plaintiffs, fails to state a claim upon

13  which relief can be granted and/or facts sufficient to constitute any valid cause of action against

14  this answering Defendant.

15                                     II.

16                          <u>ASSUMPTION OF RISK</u>

17                          (TO ALL CAUSES OF ACTION)

18      Defendant is informed and believes, and thereon alleges, that any claimed damages

19  suffered by Plaintiffs were proximately caused by a risk, which the Plaintiffs by their actions

20  voluntarily assumed.

21                                    III.

22                     <u>COMPARATIVE NEGLIGENCE</u>

23                         (AS TO ALL CAUSES OF ACTION)

24      Defendant alleges that at the time and place referred to in the Complaint, Plaintiffs

25  negligently conducted themselves, so as to cause the accident referred to in the complaint.

26                                    IV.

27                     <u>FAILURE TO MITIGATE DAMAGES</u>

28                          (TO ALL CAUSES OF ACTION)

2

DEFENDANT SEA WORLD, INC.'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

1    Defendant is informed, believes, and thereon alleges, that Plaintiffs have failed to act
2    reasonably to mitigate the damages they allege.

3                                          V.

4                        FAIR RESPONSIBILITY ACT OF 1986

5                          (AS TO ALL CAUSES OF ACTION)

6    Without admitting Defendant has the burden of proof on this or any related issue,
7    Defendant denies any liability to Plaintiffs and further alleges that under the Fair Responsibility
8    Act of 1986, liability for general damages, if any, is limited to each person, party or entity's
9    proportionate share of liability or responsibility, if any.

10                                         VI.

11                        NEGLIGENCE OF THIRD PARTIES

12                          (AS TO ALL CAUSES OF ACTION)

13    Defendant alleges that at the time and place referred to in the complaint, a third party or
14    parties acted negligently so as to cause the accident and alleged injuries referred to in the
15    Complaint, and that the negligence proximately caused and/or contributed to Plaintiffs' damages,
16    if any.

17                                        VII.

18             RIGHT TO ASSERT ADDITIONAL AFFIRMATIVE DEFENSES

19                          (TO ALL CAUSES OF ACTION)

20    Defendant reserves the right to amend this response and assert additional affirmative
21    defenses and reserves the right to cross-claim against Plaintiffs, any other named defendant, or
22    any other third parties.

23                                      **PRAYER**

24    WHEREFORE, this answering Defendant prays for judgment as follows:

25    1.    That Plaintiffs take nothing by their complaint and not be granted any relief;

26    2.    That Plaintiffs' complaint be dismissed with prejudice;

27    3.    That this answering Defendant be awarded costs of suit, including attorneys fees,

28          incurred herein; and

                                          3

4.    For such other and further relief as this court may deem proper.

**DEMAND FOR JURY TRIAL**

Defendant hereby demands trial by jury.

Dated: February _17_, 2008

INTERNATIONAL PRACTICE GROUP,
A PROFESSIONAL CORPORATION

By_____
    GUILLERMO MARRERO
    SAMANTHA LOPEZ
    *Attorneys for Defendant*
    SEA WORLD, INC.

4

DEFENDANT SEA WORLD, INC.'S ANSWER TO PLAINTIFFS'
FIRST AMENDED COMPLAINT

1 | GUILLERMO MARRERO (Bar No. 099056)
SAMANTHA LOPEZ (Bar. No. 236934)
2 | JOSHUA J. RICHMAN (Bar No. 243147)
**INTERNATIONAL PRACTICE GROUP**
3 | A Professional Corporation
1350 Columbia Street,  Suite 500
4 | San Diego, California  92101
Tel (619) 515-1480
5 | Fax (619) 515-1481

6 | Attorneys for Defendant
SEA WORLD, INC.

7

8

9

10

11

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN DIEGO – CENTRAL DIVISION

12 | ANGELO RAFAEL RAYOAN, a minor,
by and through CONNIE RAYOAN, his
13 | guardian ad litem and CONNIE RAYOAN,
individually,
14 |
            Plaintiffs,
15 |
        v.
16 |
SEA WORLD, INC., a corporation, doing
17 | business as SEA WORLD OF SAN
DIEGO; SEA WORLD OF SAN DIEGO, a
18 | corporation;  and DOES 1 through 100,
inclusive,
19 |
            Defendants.
20 |

CASE NO.  37-2007-000694550-CU-PO-CTL

**PROOF OF SERVICE OF SEA WORLD,
INC.'S ANSWER TO PLAINTIFFS'
COMPLAINT**

Judge:        Richard L. Strauss
Dept:         C-75
Action Filed:  July 7, 2007

21 |        I, <u>Kristina De La Rosa</u>, certify and declare as follows:

22 |        I am over the age of 18 years and not a party to this action.

23 |        My business address is 1350 Columbia Street, Suite 500, San Diego, CA 92101, which is

24 | located in the city, county and state where the mailing described below took place.

25 |        **SERVICE BY MAIL:**   On <u>February 19, 2008,</u> I served the documents listed below,

26 | attached to this  Proof of Service, by enclosing them in an envelope and depositing the sealed

27 | envelope with the United States Postal Service with the postage fully prepaid.  The envelope was

28 | addressed and mailed as follows:

-1-

**PROOF OF SERVICE OF SEA WORLD, INC.'S ANSWER TO PLAINTIFFS'
COMPLAINT**

Dale A. Hilmen
1761 Hotel Circle South
San Diego, CA 92108
T: 619.692.3000
F: 619.692.4061

The documents that were served are as follows:

    1.  Defendant Sea World, Inc.'s Answer to Plaintiffs' Complaint

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>February 19, 2008</u>

                               Kristina De La Rosa

**PROOF OF SERVICE OF SEA WORLD, INC.'S ANSWER TO PLAINTIFFS'
COMPLAINT**

INTERNATIONAL
RACTICE GROUP

1  **DALE A. HILMEN, ESQ.  SBN #42618**
   **1761 Hotel Circle South, Suite 300**
2  **San Diego, California  92108**
   **Telephone:  (619) 692-3000**
3  **Facsimile:  (619) 692-4061**

4

5  Attorney for Plaintiffs
   **ANGELO RAFAEL RAYOAN, a minor by and**
6  **through CONSUELO ROWAN, his guardian ad litem;**
   **and CONNIE RAYOAN**
7

8            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9          **COUNTY OF SAN DIEGO, SAN DIEGO JUDICIAL DISTRICT**

10

11 ANGELO RAFAEL RAYOAN, a     )    **CASE NO.** 37-2007-00069566-CU-PO-CTL
   minor by and through        )    **(General Civil)**
12 CONSUELO ROWAN, his         )    (Complaint filed: October 16, 2007)
   guardian ad litem; and      )
13 CONNIE RAYOAN,              )
                               )
14        Plaintiffs,          )    **PLAINTIFFS' STATEMENT OF**
                               )    **DAMAGES**
15 v.                          )
                               )
16 SEA WORLD, INC.;            )
   SEA WORLD, INC., doing      )
17 business as SEA WORLD OF    )
   SAN DIEGO;                  )
18 SEA WORLD OF SAN DIEGO; and )    **Judge Richard E. Strauss**
   DOES 1 to 100, inclusive,   )    **Department C-75**
19                            ).    **(619) 685-6148**
                               )
20        Defendants.          )    **Trial: Not Set**
                               )
21 _____ )

22      Plaintiffs respond to the defendant's Request for Statement of

23 Damages, as follows:

24      **AS TO PLAINTIFF ANGELO RAYOAN:**

25      **1.   Total medical expenses to date:**        **$ 3,798.01**

26      Plaintiff is informed and believes and based on said information

27 and belief alleges that there may be additional medical expenses which

28 have been incurred but which are presently unknown to him.  Therefore,

---

**PLAINTIFFS' STATEMENT OF DAMAGES**
-1-

1   plaintiff reserves the right to ask leave of the court to either amend
2   this statement to show the amount when ascertained, or to prove said
3   amount at time of trial.

    **2.   Future Medical Expenses**
        **[Prescription for epipens-**
        **average 8 per year @ $75 each**
        **x 67.5 yrs. (estimate) = $40,500]**
        **Estimated Present value**
        **at 4% rate of return**                    **$ 12,972.00**

    **3.   General Damages for pain and**
        **suffering:**                              **$250,000.00**

10   Plaintiffs are informed and believe and thereon allege, that
11   plaintiff ANGELO RAYOAN, will be required to take additional
12   medication, including but not limited to the use of an epipen, which
13   was not required before the incident in question, in order to counter
14   act any future allergic reaction to exposure to peanuts.   The afore
15   described epipen must be purchased and maintained in plaintiff, ANGELO
16   RAYOAN'S possession or proximity for immediate use in the event of
17   exposure to peanuts.   The cost to purchase is approximately $75 per
18   pen, and must be replenished every six (6) months for the remainder
19   of plaintiff's lifetime.

20   **AS TO PLAINTIFF CONNIE RAYOAN:**

21       **1.   Total medical expenses to date:**        **$-0-**

22   Plaintiff is informed and believes and based on said information
23   and belief alleges that there may be additional medical expenses which
24   have been incurred but which are presently unknown to her.   Therefore,
25   plaintiff reserves the right to ask leave of the court to either amend
26   this statement to show the amount when ascertained, or to prove said
27   amount at time of trial.

28   ///

1

2.   **Future Medical Expenses (estimate)**        $-0-

2

3.   **General Damages for emotional**
3        **distress, witnessing**
     **child's injury and hospitalization;**    $100,000.00

4

5

Dated: 2/4/08 _____

6                                          DALE A. HILMEN
7                                          Attorney for Plaintiffs
                                           ANGELO RAYOAN and
8                                          CONNIE RAYOAN

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1           **ANGELO RAYOAN, et al. v. SEA WORLD, INC., et al.**
            SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
2           CENTRAL DIVISION CASE NO. 37-2007-0069455-CU-PO-CTL

3                           **PROOF OF SERVICE**

4       I, the undersigned, declare that:

5       I am employed in the City of San Diego, County of San Diego,
    State of California.  I am over the age of eighteen years and not a
6   party to the within action; my business address is: 1761 Hotel Circle
    South, Suite 300, San Diego, California 92108.
7
        On **February 4, 2008**, I caused to be served the following
8   documents described as:

9       **PLAINTIFFS' STATEMENT OF DAMAGES**

10  on the following parties:

11  **GUILLERMO MARRERO, ESQ.**
    **SAMANTHA LOPEZ, ESQ.**
12  **JOSHUA J. RICHMAN, ESQ.**
    INTERNATIONAL PRACTICE GROUP, P.C.
13  **1350 Columbia Street, Suite 500**
    **San Diego, CA 92101**
14  **Telephone: (619) 515-1480**
    **Facsimile: (619) 515-1481**
15  **Attorneys for Defendant**
    **SEA WORLD, INC., individually and**
16  **dba SEA WORLD OF SAN DIEGO**

17  as follows:

18  (X)  **BY MAIL.**  I served the individual(s) named by placing the
         documents in a sealed envelope.  I then placed it for collection
19       and mailing with the United States Postal Service this same day,
         at my address shown above, following ordinary business
20       practices.

21  (X)  **BY FACSIMILE.**  I transmitted the above-described document by
         facsimile machine to the parties listed at the facsimile number
22       indicated.  The transmission originated from facsimile telephone
         number (619) 692-4061, and was complete and without error.  The
23       facsimile machine properly issued a transmission report, a copy
         of which is attached hereto [CCP Section 1013(a); CRC Rule
24       2008].

25  ( )  **BY OVERNIGHT DELIVERY.**  I caused the envelope(s) to be delivered
         via Federal Express overnight delivery to the addressee(s).  [CCP
26       Section 1013].

27
28  ( )  **BY PERSONAL SERVICE.**  I served the individual(s) named above by
         personally delivering the copies to the offices of the

---

FEB-4-2008  15:36  FROM:DALE A. HETZEN,ESQ.  6196924061          TO:9451481          P.6/6

ANGELO RAYOAN, et al., v. SEA WORLD, INC., et al.
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
CENTRAL DIVISION CASE NO. 37-2007-0069455-CU-PO-CTL

### PROOF OF SERVICE

addressee(s).
Time of delivery_____a.m./p.m.  Person served:_____

   I declare under penalty of perjury under the laws of the State
of California, that the foregoing is true and correct.

   Executed **February 4, 2008**, at San Diego, California.

_____
Carol E. Wentworth

1 | GUILLERMO MARRERO (Bar No. 099056)
SAMANTHA LOPEZ (Bar. No. 236934)
2 | JOSHUA J. RICHMAN (Bar No. 243147)
**INTERNATIONAL PRACTICE GROUP**
3 | A Professional Corporation
1350 Columbia Street,  Suite 500
4 | San Diego, California  92101
Tel (619) 515-1480
5 | Fax (619) 515-1481

6 | Attorneys for Defendant
SEA WORLD, INC.

7

8

9

               SUPERIOR COURT OF CALIFORNIA
10
         COUNTY OF SAN DIEGO – CENTRAL DIVISION
11

| | |
|---|---|
| 12   ANGELO RAFAEL RAYOAN, a minor, by and through CONNIE RAYOAN, his guardian ad litem and CONNIE RAYOAN, individually, | CASE NO.  37-2007-000694550-CU-PO-CTL |
| | **PROOF OF SERVICE** |
|           Plaintiffs, | |
|    v. | |
| SEA WORLD, INC., a corporation, doing business as SEA WORLD OF SAN DIEGO; SEA WORLD OF SAN DIEGO, a corporation;  and DOES 1 through 100, inclusive, | Judge:      Richard L. Strauss<br>Dept:       C-75<br>Action Filed:  July 7, 2007 |
|          Defendants. | |

21       I, <u>Kristina De La Rosa</u>, certify and declare as follows:

22       I am over the age of 18 years and not a party to this action.

23       My business address is 1350 Columbia Street, Suite 500, San Diego, CA 92101, which is

24 located in the city, county and state where the mailing described below took place.

25      **SERVICE BY MAIL:**  On <u>March 4, 2008,</u> I served the documents listed below by

26 enclosing them in an envelope and depositing the sealed envelope with the United States Postal

27 Service with the postage fully prepaid.  The envelope was addressed and mailed as follows:

28 / / /

-1-

**PROOF OF SERVICE**

INTERNATIONAL
PRACTICE GROUP

Dale A. Hilmen
1761 Hotel Circle South
San Diego, CA 92108
T: 619.692.3000
F: 619.692.4061

The documents that were served are as follows:

    1.  Civil Case Cover Sheet

    2. Notice to Adverse Party of Removal

    3. Notice of Removal

    4. Declaration of Samantha Lopez in Support of Removal

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>March 4, 2008</u>

                                   Kristina De La Rosa

**PROOF OF SERVICE**

INTERNATIONAL
PRACTICE GROUP

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 148317    — SH**

**March 04, 2008
09:46:11**

**Civ Fil Non—Pris**
USAO #.: 08CV0403
Judge..: NAPOLEON A JONES, JR
Amount.:                    $350.00 CK
Check#.: BC7765


**Total—>  $350.00**


FROM: RAYOAN ET AL V. SEA WORLD

# CIVIL COVER SHEET

JS44, (Rev 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Angelo Rafael Rayoan, et al.

**DEFENDANTS**
Sea World, Inc.

FILED
08 MAR -4 AM 9: 38

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant San Diego
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Dale Hilman, 1761 Hotel Circle South, Suite 300, San Diego, CA 92108

Attorneys (If Known)
'08 CV 403    DEPUTY   J  CAB

IPG, 1350 Columbia Street, Suite 500, San Diego, CA 92101

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1441 (b)
Brief description of cause:
Alleged Personal Injury

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ over $75,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)    JUDGE _____    DOCKET NUMBER _____

DATE 3-4-2008

SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # 4837    AMOUNT $350    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

Sea & 3/4/08