UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELO RAFAEL RAYOAN, a minor, by and through CONSUELO ROWAN, his guardian ad litem; and CONNIE RAYOAN, individually,<br><br>                                        Plaintiffs,<br><br>v.<br><br>SEA WORLD, INC., et al.,<br><br>                                        Defendants. | Civil No.   08cv403 DMS (CAB)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On April 15, 2008, the Court held an Early Neutral Evaluation Conference. The case did not settle. Therefore, the Court discussed compliance with Federal Rules of Civil Procedure, Rule 26 immediately thereafter. Based thereon, IT IS HEREBY ORDERED:

1.   Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A)-(D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26.

2.   The Rule 26(f) conference shall be completed on or before **April 24, 2008**;

3.   The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before **May 8, 2008**;

4.   A discovery plan shall be lodged with Magistrate Judge Bencivengo on or before

1 | **May 8, 2008**; and,

2 |     5.    A Case Management Conference, pursuant to Federal Rule of Civil Procedure 16(b) shall be held on **May 23, 2008**, at **1:30 p.m.**  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Defendants shall coordinate and initiate the conference call.

    Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED**.

DATED:  April 15, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge